CHICAGO—FIRST DISTRICT—JANUARY, 1917. 219

Donovan v. National Life Ins. Co., of the U. S. A., 203 Ill. App. 219.

## James Donovan, Appellee, v. National Life Insurance Company of the United States of America et al., Appellants.

### Gen. No. 22,515. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARCUS A. KAVANAGH, Judge, presiding. Heard in this court at the October term, 1916. Reversed. Opinion filed January 8, 1917.

### Statement of the Case.

Action by James Donovan, plaintiff, against National Life Insurance Company of the United States of America, Werner Brothers Express & Storage Company, Albert M. Johnson, Lewis A. Stebbins, Henry M. Windsor and Oliver L. Watson, defendants. From an order vacating an order of dismissal of the suit for failure of plaintiff to file a bond for costs, defendants appeal.

GEORGE A. TRUDE and BURTON P. SEARS, for appellants.

No appearance for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. COURTS, § 63*—*when jurisdiction of not affected.* Noncompliance by a court with its rules of practice does not affect its jurisdiction of the persons of the parties and the subject-matter.

2. JUDGMENT, § 298*—*when order of dismissal of case may not be vacated at subsequent term.* The fact that a trial court did not know when it made an order dismissing a suit for failure of plaintiff to file a bond for costs that the motion made to dismiss was not in writing as required by its rules, and, if it had possessed such knowledge, would not have entered the order, does not render its action in so doing one of fact and not of law so as to warrant the vacation of such judgment after the term at which it was entered.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.